



1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | 2:12-cv-02004-GEB-CKD
12 |         Plaintiff,                | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM***
13 |    v.                             |
14 | APPROXIMATELY $23,300.00 IN U.S. CURRENCY, |
15 |         Defendant.                |
16

17

18      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on July 31,

19 2012, in the United States District Court for the Eastern District of California, alleging

20 that the defendant Approximately $23,300.00 in U.S. Currency (hereafter "defendant

21 currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6)

22 for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

23      And, the Court being satisfied that, based on the Verified Complaint for Forfeiture

24 *In Rem* and the affidavit of Drug Enforcement Administration Special Agent James

25 Delaney, there is probable cause to believe that the defendant currency so described

26 constituted property that is subject to forfeiture for such violation(s), and that grounds

27 for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule

28 G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 8-1-2012

EDMUND F. BRENNAN
United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest