1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02004-GEB-GGH |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO CONTINUE THE NOVEMBER 26, 2012 SCHEDULING CONFERENCE; PROPOSED ORDER |
| APPROXIMATELY $23,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Continue the November 26, 2012 Scheduling Conference. For the reasons set forth below, there is good cause to continue the currently set November 26, 2012 scheduling conference to January 25, 2013.

**Introduction**

On July 31, 2012, the United States filed a civil forfeiture complaint against Approximately $23, 300.00 in U.S. Currency ("defendant currency") based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov,

1  began on October 17, 2012 and will run for thirty consecutive days, as required by Rule
2  G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset
3  Forfeiture Actions.

## **Good Cause**

There is good cause to continue the scheduling conference currently set for November 26, 2012. The United States provided notice to potential claimants pursuant to law and, no party having appeared in the case, will request clerk's defaults of certain individuals with a potential interest in the defendant currency after completing the publication process on November 17, 2012. The United States is also drafting its motion for default judgment and final judgment of forfeiture, and will file the dispositive motion documents after clerk's defaults are entered against the potential claimants pursuant to Rule 55(a).

Whereas the United States provided notice of the forfeiture complaint and no party has filed a claim, nor sought an extension of time to comply with the statutory deadlines, or otherwise asserted an interest in this litigation. And whereas Rule 55(a) defaults will be entered against those individuals with a potential interest in the defendant currency as soon as the publication period runs on November 17, 2012, and the United States will file its motion for default judgment andfinal judgment of forfeiture to conclude the case, the United States requests that this Court continue the scheduling conference currently calendared for November 26, 2012 before the Honorable Garland E. Burrell, Jr., pending the resolution of the United States' motion for default judgment and final judgement of forfeiture. For these  reasons, the United

///

///

///

///

///

///

States seeks to continue the currently set November 26, 2012 scheduling conference to January 25, 2012, or continue the scheduling conference to a date the Court deems acceptable.

Dated:   11/2/12                    BENJAMIN B. WAGNER
                                    United States Attorney

                           By:   /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

ORDER

Pursuant to Plaintiffs' request and good cause appearing, the Court makes the following order:

The scheduling conference currently set for November 26, 2012 is continued to January 28, 2013 at 9:00 a.m. in Courtroom 10 before the Honorable Garland E. Burrell, Jr.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  November 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge