BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02004-GEB-GGH |
|---|---|
| Plaintiff, | |
| v. | |
| APPROXIMATELY $23,300.00 IN U.S. CURRENCY, | REQUEST TO CONTINUE JANUARY 28, 2013 SCHEDULING CONFERENCE |
| Defendant. | |

The United States submits the following Request to Continue the January 28, 2013 Scheduling Conference. For the reasons set forth below, there is good cause to continue the currently set January 28, 2013 scheduling conference to April 29, 2013.

Introduction

On July 13, 2012, the United States filed a civil forfeiture complaint against Approximately $23,300.00 in U.S. Currency ("defendant currency") based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with Dusenbery v. United States, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on October 17, 2012 and ran for thirty consecutive days, as required by Rule

1 G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset
2 Forfeiture Actions.

3 Good Cause

4 There is good cause to continue the scheduling conference currently set for
5 January 28, 2013. The United States provided notice to potential claimants pursuant
6 to law and, no party having appeared in the case, requested clerk's defaults of certain
7 individuals with a potential interest in the defendant currency on November 16, 2012.[1]
8 Rule 55(a) defaults were entered against these individuals the same day. On January
9 9, 2013, the United States moved for default judgment and final judgment of forfeiture,
10 which is scheduled for hearing on February 28, 2013.

11 Whereas the United States provided notice of the forfeiture complaint and no
12 party has filed a claim, nor sought an extension of time to comply with the statutory
13 deadlines, or otherwise asserted an interest in this litigation. And whereas Rule 55(a)
14 defaults were entered against those individuals with a potential interest in the
15 defendant currency, and the United States filed its motion for default judgment and
16 final judgment of forfeiture to conclude the case, the United States requests that this
17 Court continue the scheduling conference currently calendared for January 28, 2013
18 before the Honorable Garland E. Burrell, Jr., pending the resolution of the United
19 States' motion for default judgment and final judgement of forfeiture. For these
20 reasons, the United States seeks to continue the currently set January 28, 2013
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27

28 [1] Specifically, the United States requested the Clerk of Court enter the defaults of Gustavo Vicioso and Charlie I. Valdez. ECF No. 15.

scheduling conference to April 29, 2013, or continue the scheduling conference to a date the Court deems acceptable.

Dated:  1/9/13                    BENJAMIN B. WAGNER
                                  United States Attorney

                           By:    /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney


ORDER

Pursuant to Plaintiffs' request and good cause appearing, the Court makes the following order:

The scheduling conference currently set for January 28, 2013 is continued to April 29, 2013 at 9:00 a.m. in Courtroom 10 before the Honorable Garland E. Burrell, Jr.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  January 10, 2013

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge