BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02004-GEB-GGH |
|---|---|
| Plaintiff, | |
| v. | |
| APPROXIMATELY $23,300.00 IN U.S. CURRENCY, | STIPULATION AND ORDER TO CONTINUE HEARING ON DEFAULT JUDGMENT MOTION |
| Defendant. | |
| | Old Date: February 28, 2013 at 10:00 a.m. |
| | New Date: March 14, 2013 at 10:00 a.m. |

The United States of America and prospective claimant Gustavo Vicioso, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Default Judgment, currently set for

///
///
///
///
///

February 28, 2013, be continued to March 14, 2013, due to the unavailability of counsel.

                                                Respectfully Submitted,

Dated: 2/19/13                                   BENJAMIN B. WAGNER
                                                      United States Attorney

                                              By:  /s/ Kevin C. Khasigian
                                                       KEVIN C. KHASIGIAN
                                                       Assistant U.S. Attorney

Dated: 2/19/13                                  By:  /s/ Justin M. Mixon
                                                       JUSTIN M. MIXON
                                                       Attorney for Claimant
                                                       (As authorized via email)

**ORDER**

    IT IS SO ORDERED.

Dated: February 21, 2013

                          /s/ Gregory G. Hollows
                   UNITED STATES MAGISTRATE JUDGE