IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                         )  2:12-cv-02004-GEB-CKD
        Plaintiff,  )
                                         )
    v.                               )  ORDER RE: SETTLEMENT AND
                                         )  DISPOSITION
APPROXIMATELY $23,300.00 IN U.S.  )
CURRENCY,  )
                                         )
        Defendant.  )
_____)

        Plaintiff filed a Notice of Settlement on March 6, 2013, in which it states:

> [T]he parties to the above-referenced civil action have reached a settlement. The dispositional papers will be filed with the Court within twenty-one (21) days, in accordance with E.D. Cal. R. 160(b).
>
> In addition, pending before the court is the United States' motion for default judgment and final judgment of forfeiture. As a consequence of the pending settlement, the United States requests that the Court take the pending motion off calendar.
>
> In the event the case is not resolved, the United States will re-notice the motion pursuant to the E.D. Local Rules.

(ECF No. 22, 1:19-2:2.)

        Therefore, a dispositional document shall be filed no later than March 27, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure

1

to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, since Plaintiff requests that its pending Motion for Default and Final Judgment of Forfeiture (ECF No. 15) be taken "off calendar," that motion is withdrawn, and the hearing on said motion scheduled before Magistrate Judge Gregory G. Hollows on March 14, 2013, is vacated. However, the Status Conference scheduled for hearing before the undersigned judge on April 29, 2013, at 9:00 a.m. will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2