BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $23,300.00 in U.S. CURRENCY,<br><br>        Defendant. | 2:12-CV-02004-GEB-GGH<br><br>*AMENDED* FINAL JUDGMENT OF FORFEITURE |

Pursuant to the *Amended* Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.    This is a civil forfeiture action against Approximately $23,300.00 in U.S. Currency ("defendant currency"), seized on or about February 7, 2012.

    2.    A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 31, 2012, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 18 U.S.C. § 881(a)(6).

    3.    On August 1, 2012, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on August 3, 2012.

    4.    Beginning on October 17, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet

1

*Amended* Final Judgment of Forfeiture

government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on November 16, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Gustavo Vicioso

    b. Charlie I. Valdez aka Charie Valdes

6. On November 16, 2012, the Clerk of the Court entered a Clerk's Certificate of Entry of Default against Gustavo Vicioso and Charlie I. Valdez.

7. Potential claimant Gustavo Vicioso filed an Answer to Complaint for Forfeiture on February 14, 2013.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the *Amended* Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Upon entry of a Final Judgment of Forfeiture, $15,800.00 of the $23,300.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 18 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of a Final Judgment of Forfeiture, but no later than 60 days thereafter, $7,500.00[1] of the $23,300.00 in U.S. Currency, shall be returned to potential claimant Gustavo Vicioso through his attorney Justin M. Mixon.

4. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and

---

[1] The Stipulation for Final Judgment of Forfeiture and Final Judgment of Forfeiture filed on March 20, 2013 contained the incorrect amount to be returned to claimant Gustavo Vicioso.  The correct amount is $7,500.00 in U.S. Currency.

all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

5. Potential claimant waives any and all claim or right to interest that may have accrued on the defendant currency being forfeited to the United States.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on July 31, 2012, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED.

**Date:  3/25/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed July 31, 2012, and the *Amended* Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED: 3/25/13

GARLAND E. BURRELL, JR.
United States District Judge